# EXHIBIT 1

EXP_000204



## Experian™
A world of insight

Prepared for: **DAVID PAUL OSADA**
Date: **May 05, 2011**
Report number:

PO Box 9701
Allen, TX 75013

DAVID PAUL OSADA
8317 W CHURCH ST
NILES IL 60714

**Dear DAVID PAUL OSADA:**

We are unable to honor your request. Our records indicate that the police report we have on file is more than a year old. Due to your ongoing fraud situation, you will need to submit a new/amended police report, obtained within the past year.

The report must be filed with an appropriate federal, state, or local law enforcement agency, including the U.S. Postal Inspection service, or others, the filing of which subjects the person who filed the report to criminal penalties if the information filed is false. The report should include as many of the following elements as possible: specific dates such as when the loss or theft of personal information occurred or when the fraud(s) occurred; how you discovered or learned of the theft; any known information about the perpetrator: the names of creditors and account numbers involved in the theft; name, badge number and signature of the law enforcement personnel who processed the report; the filing date and case number.

Be sure to include the following identification information: your full name including middle initial (and generation such as JR, SR, II, III), previous addresses for the past two years, Social Security number, and date of birth. Also list each account and account number and any other information on your report that you believe appears due to identity theft. In addition, enclose one copy of a government issued identification card, such as a driver's license, state or military ID card, etc., and one copy of a utility bill, bank or insurance statement, etc. Make sure that each copy is legible (enlarge if necessary), displays your name and current mailing address, and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof.

To protect your personal identification information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents.

0570247242

EXP_000205

www.experian.com

Sincerely,

Experian
Consumer Fraud Assistance
P.O. Box 9554
Allen TX 75013

Prepared for: **DAVID PAUL OSADA**
Date: **May 05, 2011**
Report number:

0570247242