IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID OSADA AND KIMBERLY HOVANEC, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11 C 2856 |
| v. | ) ) | Hon. Harry D. Leinenweber |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) ) ) ) | JURY DEMAND |
| Defendant. | ) | |

## MOTION TO WITHDRAW

Craig M. Shapiro, an attorney, respectfully requests that this Court withdraw his appearance as counsel for plaintiff in this matter. In support of this motion, the undersigned states:

1.  Craig Shapiro is leaving the employment of the Keogh Law, Ltd., the firm representing plaintiff in this matter.

2.  Keith J. Keogh, Timothy J. Sostrin, and Katherine Bowen of the Keogh Law, Ltd., will remain as counsel for plaintiff.

WHEREFORE, Craig M. Shapiro requests that the Court grant leave to withdraw his appearance as counsel in this matter.

Respectfully submitted,

/s/ Craig M. Shapiro

Keith J. Keogh
Craig Shapiro
Keogh Law, Ltd.
55 West Monroe, Suite 3390
Chicago, IL 60603
(312) 726-1092
(312) 726-1093 (fax)